**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GREEN MUNIYR TREVOR,              :
     Plaintiff,                            :
                                               :
           v.                           :          CIVIL ACTION NO. 23-CV-4847
                                               :
KHALID MUMIN, *et al.,*                  :
     Defendants.                           :

**O R D E R**

**AND NOW**, this 13th day of March 2026, upon consideration of Defendant Tony Watlington, Sr.'s Motion to Dismiss (ECF No. 22), Defendants Spencer Hill and Veronica Joyner's Motion to Dismiss (ECF No. 24), and Defendant Khalid Mumin's Motion to Dismiss (ECF No. 31) (together, the "Motions"), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that:

1. The Motions are **GRANTED**.

2. Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court shall mark this case **CLOSED**.

    **IT IS SO ORDERED.**

                           **BY THE COURT:**

                           */s/ R. Barclay Surrick*
                           **R. BARCLAY SURRICK, J.**